**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAULINO MARTINEZ MAGADAN, | No. 04-72326 |
| Petitioner, | Agency No. A072-919-140 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2011**

Before:   SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

Paulino Martinez Magadan, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's decision denying his application for

cancellation of removal.  We dismiss the petition for review.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Martinez Magadan's contention that his 1990 conviction for carrying a loaded firearm was not a disqualifying offense under 8 U.S.C. § 1229b(b)(1)(C) because he failed to raise it before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (this court lacks jurisdiction to review contentions not raised before the agency).

In light of our disposition, we need not address Martinez Magadan's remaining contentions.

**PETITION FOR REVIEW DISMISSED.**

04-72326